UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

09-20003-CR-MORENO/TORRES

Case No. _____

18 U.S.C. § 1030(a)(5)(A)(i)
18 U.S.C. § 1030(a)(5)(A)(ii)
18 U.S.C. § 1030(a)(5)(B)(i)

UNITED STATES OF AMERICA

vs.

LESMANY NUNEZ,

   Defendant.
_____/

FILED by _____ D.C.
JAN - 6 2009
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

## INDICTMENT

The Grand Jury charges that:

### GENERAL ALLEGATIONS

At all times material to this Indictment:

1. Quantum Technology Partners ("QTP") was an information technology support business providing electronic mail services, file storage and file sharing capabilities to various customers. QTP was located in Miami-Dade County in the Southern District of Florida.

2. Defendant **LESMANY NUNEZ** was employed by QTP as a Personal Computer Support Technician from in or around August 2006 through in or around May 2007. **NUNEZ**'s duties included the set up of desktop computers and printers for QTP's customers, as well as responding to end user inquiries for technical support. As part of his duties, **NUNEZ** was given administrator-level password controlled access to the company's computer network. **NUNEZ** did not have authorization to access QTP's computers after he left the company in May 2007.

3. On or about August 17, 2007, QTP's computers experienced an intrusion which caused the shutdown of their computer network. This event also caused QTP clients to experience similar network failures. QTP's computers and their clients' computers did not return to full function for several days.

4. QTP's computers were used in interstate and foreign commerce and communication in that the computers were used by QTP employees and clients to access the Internet, and to otherwise conduct business with entities both inside and outside the State of Florida.

## COUNT 1
### (18 U.S.C. §§1030(a)(5)(A)(i) and (a)(5)(B)(i)
### Fraud in Connection with Computers)

1. Paragraphs 1 through 4 of the General Allegations section of this Indictment are re-alleged and incorporated by reference as though fully set forth herein.

2. From on or about August 17, 2007, through on or about August 18, 2007, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**LESMANY NUNEZ,**

did knowingly cause the transmission of a program, information, code and command, and as a result of such conduct, did intentionally cause damage without authorization to a protected computer, that is, at least one computer used by QTP in interstate and foreign commerce and communication, resulting in a loss aggregating at least $5,000 or more during a one-year period, in violation of Title 18, United States Code, Sections 1030(a)(5)(A)(i) and 1030(a)(5)(B)(i).

## COUNT 2
### (18 U.S.C. §§ 1030(a)(5)(A)(ii) and 1030(a)(5)(B)(i)
### Fraud in Connection with Computers)

1. Paragraphs 1 through 4 of the General Allegations section of this Indictment are re-alleged and incorporated by reference as though fully set forth herein.

2. From on or about August 17, 2007, through on or about August 18, 2007, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**LESMANY NUNEZ,**

did intentionally access a protected computer without authorization, that is, at least one computer used by QTP in interstate and foreign commerce and communication, and as a result of such conduct, did recklessly cause damage resulting in a loss aggregating $5,000 or more during a one-year period, in violation of Title 18, United States Code, Sections 1030(a)(5)(A)(ii) and 1030(a)(5)(B)(i).

A TRUE BILL

_____
FOREPERSON

_____
R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

_____
AURORA FAGAN
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

CASE NO. _____

vs.

LESMANY NUNEZ,

## CERTIFICATE OF TRIAL ATTORNEY*

        **Defendant.**
_____/

**Superseding Case Information:**

**Court Division:** (Select One)

- _X_ Miami  ___ Key West
- ___ FTL    ___ WPB    ___ FTP

New Defendant(s)  Yes ___  No ___
Number of New Defendants ___
Total number of counts ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)  _No_
   List language and/or dialect _____

4. This case will take _3-5_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I    0 to 5 days        _X_
   - II   6 to 10 days       ___
   - III  11 to 20 days      ___
   - IV   21 to 60 days      ___
   - V    61 days and over   ___

   (Check only one)
   - Petty    ___
   - Minor    ___
   - Misdem.  ___
   - Felony   _X_

6. Has this case been previously filed in this District Court? (Yes or No)  _No_
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No)  _No_
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____  District of _____

   Is this a potential death penalty case? (Yes or No)  _No_

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?  ___ Yes  _No_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?  ___ Yes  _No_ No

_____
AURORA FAGAN
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 188591

*Penalty Sheet(s) attached

REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** ___Lesmany Nunez___   **Case No:** _____

Count #: 1

18 U. S. C. §§ 1030(a)(5)(A)(i) and 1030(a)(5)(B)(i)

Fraud and Related Activities in Connection With Computers

**\*Max Penalty:**   10 years imprisonment

Count #: 2

18 U. S. C. §§ 1030(a)(5)(A)(ii) and 1030(a)(5)(B)(i)

Fraud and Related Activities in Connection With Computers

**\*Max Penalty:**   5 years imprisonment

Count #:

**\*Max Penalty:**

Count #:

**\*Max Penalty:**

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.